## (June 3, 1959)

■ JEWISH HOSPITAL OF BROOKLYN v. LEON J. DAVIS, Individually and as President, et al.— Motion by Greater New York Hospital Association and the Hospital Association of New York State for leave to file a brief *amicus curiæ* granted on condition that the movants file six typewritten copies of a brief *amicus curiæ* on the argument or submission of the appeal. Concur — Botein, P. J., Breitel, Valente, Stevens and Bastow, JJ.